### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES H. SIMMONS,**                                                  **PLAINTIFF**
**ADC # 135731**

**v.**                          **CASE NO. 4:25-cv-00545-JM-JTK**

**MONI STINYARD, et al.**                                              **DEFENDANTS**


### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 4th day of August, 2025.


_____
UNITED STATES DISTRICT JUDGE